**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re: Samuel Jean
Debtor
_______________________/

Case No. 15-16194-AJC
Chapter 7

**DEBTOR'S MOTION TO CONTINUE THE HEARING SCHEDULED FOR MAY 12, 2015 ON DEBTOR'S MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY**

The undersigned counsel respectfully moves the Court for an order continuing the Hearing on the Debtor's Motion to Value and Determine Secured Status of Lien on Real Property [D.E. 14] scheduled for May 12, 2015 [D.E. 15], and in support thereof states:

1. The Debtor filed the Motion and Notice of Hearing on April 13, 2015.

2. A Certificate of Service was not issued for the Debtor's Motion and Notice of Hearing.

3. Accordingly, the undersigned counsel respectfully requests that the Court continue the hearing scheduled for May 12, 2015.

I hereby certify that we are admitted to the Bar of the United States District Court for the Southern District of Florida and we are in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2020-1(A).

Respectfully submitted,

By:_______/s/__________________

Annie Hernandez, Esq.
Florida Bar No. 674605
Attorney for Debtor
3000 Biscayne Boulevard, Suite 500
Miami, FL 33137
Telephone: (305) 438-2431
Facsimile (305) 573-5800
Primary Email: AHernandez@lsgmi.org