CGFD28 (9/19/08)



ORDERED in the Southern District of Florida on July 28, 2015

*A. Jay Cristol*
A. Jay Cristol
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 15–16194–AJC
Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Samuel Jean
18318 N.W. 68 Avenue
Unit F
Hialeah, FL 33015

SSN: xxx–xx–1006

## FINAL DECREE

The trustee, Drew M Dillworth, having filed a final report that the estate has been fully administered, is discharged and the case is closed.